UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>           Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY, et al.,<br><br>           Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 14] |

      Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 23, 2015.  Local Rule 302.

      On February 2, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

      More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.  Within **thirty (30)** days from the date of service of this order, Plaintiff is directed to show cause why this action should not be dismissed.  Failure to comply with

///

1

1  this order will result in the action being dismissed, with prejudice, for failure to state a cognizable
2  claim for relief.

4  IT IS SO ORDERED.

5  Dated:   **March 11, 2016**

                                                UNITED STATES MAGISTRATE JUDGE