UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER VACATING JUDGMENT ENTERED ON APRIL 21, 2016, GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT, AND DIRECTING CLERK OF COURT TO PROVIDE COPY OF ORIGINAL COMPLAINT AND FEBRUARY 2, 2016, ORDER<br><br>[ECF No. 18] |

　　　　Plaintiff filed the instant action pursuant to 42 U.S.C. § 1983 on October 26, 2015, and consented to magistrate judge jurisdiction on November 5, 2015.  (ECF Nos. 1, 5.)

　　　　On February 2, 2016, the Court screened and dismissed the complaint with leave to amend for failure to state a cognizable claim for relief.  (ECF No. 14.)  Plaintiff failed to file an amended complaint or otherwise respond to the Court's order within the thirty day time frame, and on March 11, 2016, the Court directed Plaintiff to show cause within thirty days as to why the action should not be dismissed for failure to comply with a court order and failure to state a cognizable claim for relief.  (ECF No. 15.)  After Plaintiff failed to respond to the Court's order, the instant action was dismissed for failure to comply with a court order and failure to state a cognizable claim, and judgment was entered on April 21, 2016.  (ECF Nos. 16 & 17.)

　　　　On April 29, 2016, Plaintiff filed a motion for an extension of time to file an amended complaint.  (ECF No. 18.)  Plaintiff contends that he suffers from post-traumatic stress disorder and is

now properly medicated to manage his behavior.  Plaintiff contends that he does not have access to his prior mailing box and requests the Court send a one-time courtesy copy of the original complaint and a blank section 1983 complaint form.

      Pursuant to Plaintiff's April 29, 2016 motion and on the basis of good cause, the Court will vacate the judgment entered on April 21, 2016, and grant Plaintiff an extension of time to file an amended complaint.  In the interest of justice, the Court will make a one-time exception in this instance and provide Plaintiff with a copy of his complaint which was filed on January 20, 2016, and a copy of the Court's February 2, 2016, screening order.  However, Plaintiff is advised that the Court will not further provide duplicate copies of documents free of charge and the Clerk of Court charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.

      Based on the foregoing, it is HEREBY ORDERED that:

1.     The judgment entered on April 21, 2016, is VACATED;
2.     The Clerk of Court is directed to send Plaintiff a courtesy copy of his original complaint, filed on October 26, 2015 (Doc. 1), and a copy of the Court's February 2, 2016, screening order (Doc. 14);
3.     The Clerk of Court shall send Plaintiff a blank section 1983 amended complaint form;

///
///
///
///
///
///
///
///

4. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint in compliance with the Court's February 2, 2016, screening order; and

5. Failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: **May 2, 2016**

UNITED STATES MAGISTRATE JUDGE