**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERCY LEE RHODES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 29] |

　　　Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 23, 2015. Local Rule 302.

　　　On December 8, 2016, the Court screened Plaintiff's second amended complaint and directed Plaintiff to file a third amended complaint or notify the Court of his intent to proceed on the claims found to be cognizable within thirty days. (ECF No. 29.) Over thirty days have passed and Plaintiff has failed to respond to the Court's order. Accordingly, within twenty (20) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to prosecute. The failure to respond to this order will result in dismissal of the action for failure to prosecute. Local Rule 110.

IT IS SO ORDERED.

Dated:　**January 18, 2017**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1