# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO RE-SERVE COURT'S MARCH 16, 2017, ORDER ALONG WITH THE NECESSARY SERVICE DOCUMENTS<br><br>[ECF Nos. 37, 39, 40] |

    Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 23, 2015. Local Rule 302.

    On May 2, 2017, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to comply with the Court's March 16, 2017, order to complete and return the necessary service of process documents.

    Plaintiff filed a response to the order to show cause on May 15, 2017. Plaintiff contends that he never received the Court's March 16, 2017, order, and he requests that the Court re-send the order and necessary service of process documents. Plaintiff also requests $60.00 for pro per supplies.

    Based on Plaintiff's response, the Court will discharge the order to show cause and re-send Plaintiff a copy of the Court's March 16, 2017, order along with the necessary service of process documents. However, the Court cannot provide Plaintiff with money for supplies. Although Plaintiff

is proceeding in forma pauperis in this action, such status does not authorize the payment of money for expenses associated with litigating this action. 28 U.S.C. § 1915.

Accordingly, it is HEREBY ORDERED that:

1. The Court's May 15, 2017, order to show cause is discharged;

2. The Clerk of Court shall re-send Plaintiff a copy of the Court's March 16, 2017, order along with the necessary service of process documents;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall complete and return the necessary service of process forms;

4. Plaintiff's request for $60.00 to litigate this action is denied; and

5. The failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: **May 16, 2017**

UNITED STATES MAGISTRATE JUDGE