# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>        Plaintiff,<br><br>        v.<br><br>FRESNO COUNTY, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>SECOND ORDER DIRECTING CLERK OF COURT TO RE-SERVE THE COURT'S MARCH 16, 2017, ORDER ALONG WITH THE NECESSARY SERVICE OF PROCESS DOCUMENTS<br><br>[ECF Nos. 37, 46] |

Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion for a copy of the Court's March 16, 2017, order. Plaintiff contends that although he received the Court's March 16, 2017, order he did not receive the necessary service of process documents. Plaintiff therefore requests that the Court re-send a copy of the service documents.

On the basis of good cause, the Court will direct the Clerk of Court to re-send a copy of the Court's March 16, 2017, order along with the necessary service of process documents.

Accordingly, it is HEREBY ORDERED that:

1.      The Clerk of Court shall re-send Plaintiff a copy of the Court's March 16, 2017, order along with the necessary service of process documents;

1

1    2.    Within thirty (30) days from the date of service of this order, Plaintiff shall complete

2  and return the necessary service of process forms; and

3    3.    The failure to comply with this order will result in dismissal of the action.

4

5  IT IS SO ORDERED.

6  Dated:    **June 7, 2017**

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28