# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>  Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY, et al.,<br><br>  Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S THIRD MOTION FOR COURT ORDER DIRECTING CLERK OF COURT TO RE-SERVE COURT'S MARCH 16, 2017, ORDER<br><br>[ECF No. 48] |

Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's third motion for a court order directing the Clerk of Court to re-serve the Court's March 16, 2017, order, filed June 8, 2017-self-dated June 2, 2017.

Inasmuch as the Court issued a second order directing the Clerk of Court to re-serve the Court's March 16, 2017, order, Plaintiff's present motion is denied as moot.

IT IS SO ORDERED.

Dated: **June 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1