# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01714-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE THE SEPTEMBER 14, 2017, ORDER<br><br>[ECF Nos. 59, 63] |

　　　　Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 2, 2017, Plaintiff filed a request for the Court to re-serve the September 14, 2017, order at new address. Notwithstanding the fact that the Court re-served the September 14, 2017, at Plaintiff's new address on September 25, 2017, the Court HEREBY DIRECTS the Clerk of Court to again re-serve the September 254, 2017 (ECF No. 59), at Plaintiff's address of record.

IT IS SO ORDERED.

Dated: __October 4, 2017__

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1