# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>        Plaintiff,<br><br>        v.<br><br>FRESNO COUNTY, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01714-DAD-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT PAT ALEXANDER<br><br>[ECF No. 79] |

        Plaintiff Percy Lee Rhodes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

        This action is proceeding against Defendants Vivian, L. Her, Pat Alexander, K. Nunez, Jennifer Horton, Dr. Ravijot Gill and Laure Rodriguez for deliberate indifference to a serious medical need under the Fourteenth Amendment.

        On October 3, 2017, Defendants Jennifer Horton, K. Nunez, L. Her, and Vivien Tagoe filed an answer to the second amended complaint. (ECF Nos. 64, 65.)

        On October 5, 2017, the Court issued the discovery and scheduling order. (ECF No. 67.)

        On January 12, 2018, Defendant Pat Alexander filed an answer to the complaint. (ECF No. 79.)

///

///

1

Inasmuch as Defendant Pat Alexander filed an answer to the complaint after the issuance of the discovery and scheduling order, the October 5, 2017, order is extended and made applicable Defendant Alexander and all provisions set forth therein remain in full force and effect.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE